People v Clark (2025 NY Slip Op 04435)

People v Clark

2025 NY Slip Op 04435

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, GREENWOOD, NOWAK, AND HANNAH, JJ.

598 KA 24-01090

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ADAM C. CLARK, DEFENDANT-APPELLANT. 

THOMAS L. PELYCH, HORNELL, FOR DEFENDANT-APPELLANT.

 Appeal from a judgment of the Steuben County Court (Chauncey J. Watches, J.), rendered May 23, 2024. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court